■ LEONARD P. CUMMINS, as Successor Administrator of the Estate of KAREN A. CUMMINS, Deceased, Appellant-Respondent, v COUNTY OF ONONDAGA, Respondent-Appellant, et al., Defendant. (Appeal No. 2.) [605 NYS2d 982] —Appeals unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeals from Order of Supreme Court, Onondaga County, Auser, J.—Judgment Notwithstanding the Verdict.) Present—Pine, J. P., Fallon, Boomer, Davis and Boehm, JJ.